MORTIMER FALK et al., Respondents, *v.* THE AMERICAN WEST INDIES TRADING COMPANY, Appellant.

(Submitted March 13, 1905;· decided·March 17, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 445.)

---

LAFAYETTE L. BURDICK, Appellant, *v.* MARY E. BURDICK et al., Respondents.

(Submitted March 13, 1905; decided March 17, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 261.)